Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 12−14855−KCF
> Chapter: 13
> Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Billingsley Jr                      Alicia F Billingsley
   137 W 5th St                                137 W 5th St
   Howell, NJ 07731                     Howell, NJ 07731

Social Security No.:
   xxx−xx−1399                                xxx−xx−9060

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after June 29, 2017 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: May 30, 2017
JAN: gan

                                                                      Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Willie Billingsley, Jr.  
Alicia F Billingsley  
    Debtors

Case No. 12-14855-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 30, 2017  
                        Form ID: clsnodsc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.  
db/jdb        +Willie Billingsley, Jr,   Alicia F Billingsley,   137 W 5th St,   Howell, NJ 07731-8507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 30 2017 22:52:19     U.S. Attorney,   970 Broad St.,  
           Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2017 22:52:15     United States Trustee,  
           Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
            Newark, NJ 07102-5235  
                                                                                           TOTAL: 2

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,  
         successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders  
         of the Bear Stearns Asset Backed Securities Tru dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    Bank of America, National Association as successor by  
         merger to LaSalle Bank National Association, as trustee forcertificateholders of Bear Stearns  
         Asset Backed Securities Trust 2005-2, Asset-Backed C dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Frederick J. Simon    on behalf of Debtor Willie  Billingsley, Jr simonmonahan216@gmail.com  
        Frederick J. Simon    on behalf of Joint Debtor Alicia F Billingsley simonmonahan216@gmail.com  
        Joel A. Ackerman    on behalf of Creditor    Bank of America, National Association as successor by  
         merger to LaSalle Bank National Association, as trustee forcertificateholders of Bear Stearns  
         Asset Backed Securities Trust 2005-2, Asset-Backed C jackerman@zuckergoldberg.com  
        Joel A. Ackerman    on behalf of Creditor    Bank of America, National Association as successor  
         by merger to LaSalle Bank National Association, as trustee for certificateholders of Bear  
         Stearns Asset Backed Securities Trust 2005-2, Asset-Backe jackerman@zuckergoldberg.com  
                                                                                                                  TOTAL: 8