Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.:  12−14855−KCF
                        Chapter:  13
                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Willie Billingsley Jr | Alicia F Billingsley |
| 137 W 5th St | 137 W 5th St |
| Howell, NJ 07731 | Howell, NJ 07731 |

Social Security No.:
  xxx−xx−1399                                         xxx−xx−9060

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 30, 2017</u>                     <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court