Case 12-14855-KCF    Doc 44    Filed 07/02/17    Entered 07/03/17 00:40:56    Desc Imaged
Certificate of Notice    Page 1 of 4
Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.: 12−14855−KCF
                                Chapter: 13
                                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie Billingsley Jr                        Alicia F Billingsley
   137 W 5th St                                  137 W 5th St
   Howell, NJ 07731                        Howell, NJ 07731

Social Security No.:
   xxx−xx−1399                                   xxx−xx−9060

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: June 30, 2017
JAN: gan

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 12-14855-KCF
Willie Billingsley, Jr.                                     Chapter 13
Alicia F Billingsley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2            Date Rcvd: Jun 30, 2017
                              Form ID: cscnodsc       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
```
db/jdb         +Willie Billingsley, Jr,    Alicia F Billingsley,    137 W 5th St,    Howell, NJ 07731-8507
512808554     #+ACB Receivables,    19 Main Street,    Asbury Park, NJ 07712-7012
512808555      Bank of America,    P.O. Box 2890,    Chatsworth, CA 91311
513082139     +Bank of America, National Association as successor,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
512808556     +Bureau of Accounts Con,    P.O. Box 538,    Howell, NJ 07731-0538
512808559     +CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
512808558      CentraState Medical Center,    P.O. Box 838,    Mahwah, NJ 07430-0838
512808557      Central Jersey Emergency,    C/O ACB Receivables,    19 Main Street - P.O. Box 350,
                 Asbury Park, NJ 07712-0350
512808560     +Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
512808562     +Freehold Area Radiology PA,    P.O. Box 6548,    Freehold, NJ 07728-6548
512808563      Jersey Shore University Medical Center,    P.O. Box 49,    Newark, NJ 07101-0049
512808564      Kimball Medical Center,    P.O. Box 8500,    Lockbox #1222,    Philadelphia, PA 19178-1222
513181600     +Kinball Medical Center,    CBO,   2 Crescent Pl.,    Oceanport, NJ 07757-1234
512808567     +Tek Collect,    P.O. Box 1269,    Columbus, OH 43216-1269
514724812     +U.S. Bank NA, successor trustee to Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
514724813     +U.S. Bank NA, successor trustee to Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412,
                 U.S. Bank NA, successor trustee to Bank,    Serviced by Select Portfolio Servicing,
512808568     +WFDS/WDS,    P.O. Box 19657,    Irvine, CA 92623-9657
512924412      Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser,    P.O. Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2017 22:42:10    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2017 22:42:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
513108026      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 30 2017 22:39:15
                 CVF Consumer Acquisition Company its successors,    and assigns as assignee of NCO,
                 Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
512808561     +E-mail/Text: bkaudit@amraccounts.com Jun 30 2017 22:41:58     Credit Collections,
                 P.O. Box 60607,    Oklahoma City, OK 73146-0607
512808565     +E-mail/Text: bknotice@erccollections.com Jun 30 2017 22:42:14     Sprint,
                 C/O Enhanced Recovery,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
512808553    ##+A-1 Collections Svc,    101 Grovers Mill Road,    Lawrenceville, NJ 08648-4706
512808566     ##Surgical Pathology Associates,    207 Georgetown-Wrightstown Road,    Wrightstown, NJ 08562-2520
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jun 30, 2017
                              Form ID: cscnodsc          Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank National Association, as trustee forcertificateholders of Bear Stearns
               Asset Backed Securities Trust 2005-2, Asset-Backed C dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders
               of the Bear Stearns Asset Backed Securities Tru dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Debtor Willie   Billingsley, Jr simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Joint Debtor Alicia F Billingsley simonmonahan216@gmail.com
              Joel A. Ackerman    on behalf of Creditor    Bank of America, National Association as successor
               by merger to LaSalle Bank National Association, as trustee for certificateholders of Bear
               Stearns Asset Backed Securities Trust 2005-2, Asset-Backe jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank National Association, as trustee forcertificateholders of Bear Stearns
               Asset Backed Securities Trust 2005-2, Asset-Backed C jackerman@zuckergoldberg.com
                                                                                                 TOTAL: 8
```