**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Willie Billingsley, Jr and
Alicia F Billingsley

Case No.: 12-14855

Hearing Date: 5/9/18

Judge: Ferguson

Chapter: 13

Recommended Local Form:  ☒ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____the Debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☒ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Willie Billingsley, Jr.
Alicia F Billingsley
    Debtors

Case No. 12-14855-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 11, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
db/jdb          +Willie Billingsley, Jr,   Alicia F Billingsley,   137 W 5th St,   Howell, NJ 07731-8507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Bank of America, National Association as successor by merger to LaSalle Bank National Association, as trustee forcertificateholders of Bear Stearns Asset Backed Securities Trust 2005-2, Asset-Backed C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Tru dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Frederick J. Simon    on behalf of Debtor Willie   Billingsley, Jr simonmonahan216@gmail.com
        Frederick J. Simon    on behalf of Joint Debtor Alicia F Billingsley simonmonahan216@gmail.com
        Joel A. Ackerman    on behalf of Creditor    Bank of America, National Association as successor by merger to LaSalle Bank National Association, as trustee forcertificateholders of Bear Stearns Asset Backed Securities Trust 2005-2, Asset-Backed C jackerman@zuckergoldberg.com
        Joel A. Ackerman    on behalf of Creditor    Bank of America, National Association as successor by merger to LaSalle Bank National Association, as trustee for certificateholders of Bear Stearns Asset Backed Securities Trust 2005-2, Asset-Backe jackerman@zuckergoldberg.com
                                                                                             TOTAL: 8